Argued and submitted April 13, affirmed September 26, 1990

## STATE OF OREGON,
*Respondent,*

*v.*

## CINDY DAWN GLOSTER,
*Appellant.*

(10-88-03957; CA A61418)

798 P2d 258

Jay W. Frank, Eugene, argued the cause for appellant. With him on the brief was Moule & Frank, Eugene.

Rives Kistler, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals her conviction for unlawful possession of a controlled substance, ORS 475.992(4)(b), arguing that the trial court erred in denying her motion to suppress. At oral argument, defendant conceded that her argument depended on our affirming the suppression order in *State v. Gloster (A50700)*, 103 Or App 473, 798 P2d 256 (1990). Because we reverse in that case, this appeal necessarily fails.

Affirmed.